IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1491-ZLW-MJW

JOHN KEVIN FERRY and
LISA KAY FERRY,

     Plaintiffs,

v.

SAMUEL R. BOYER;
THE UNITED STATES; and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

     Defendants.

## ORDER

On July 6, 2005, counsel for Plaintiffs advised the Court that this case had settled. It is, therefore,

ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

FURTHER ORDERED that settlement papers shall be filed on or before July 20, 2005. If by that date settlement papers have not been received by the Court, on July 27, 2005, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this  6th  day of July, 2005.

BY THE COURT:

S/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court