IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1491-ZLW-MJW

JOHN KEVIN FERRY and
LISA KAY FERRY,

     Plaintiffs,

v.

UNLIMITED OPPORTUNITY INVESTMENTS, LLC;
FRANK O. STARR III;
WILLIAM L. PARKER;
SAMUEL R. BOYER;
WELLS FARGO BANK NORTHWEST, N.A.;
D.R.A.C.K., INC. D/B/A FIVE STAR GLASS & MIRROR, INC.;
A. & A. QUALITY APPLIANCE, INC., D/B/A APPLIANCE FACTORY OUTLET;
STOCK BUILDING SUPPLY, INC. D/B/A CAROLINA BUILDERS CORP.,
D/B/A DENPAK BUILDING PRODUCTS;
PEAK NATIONAL BANK;
D J SNOWPLOWING & MAINTENANCE, INC.;
EARTHTONES PAINTING, INC.;
COMPASS BANK;
THE EXECUTIVE DIRECTOR OF THE DEPARTMENT OF REVENUE OF THE STATE
OF COLORADO;
THE UNITED STATES;
QUALITY KITCHEN & CONSTRUCTION, INC.; and
All Unknown Persons Who Claim Any Interest In The Subject Matter Of This Action,

     Defendants.

## DECREE QUIETING TITLE

This matter came before the Court on plaintiffs John Kevin Ferry and Lisa Kay

Ferry's (collectively, the "Ferrys") Motion for Entry of Decree Quieting Title. Based upon

its review of the motion, the pleadings that have been filed in this action and the affidavits attached to those pleadings, the Court finds:

That service under Colorado Rule of Civil Procedure 4 and Federal Rule of Civil Procedure 4 is proper upon all of the defendants in this action;

That the Ferrys are the joint owners of the following property: Lot 10, Block 2, Eagle Ridge Center Filing #2, County of Jefferson, State of Colorado, with a street address of 633 Entrada Drive, Golden, Colorado 80401 (the "Property") by reason of that certain Warranty Deed issued to the Ferrys by Unlimited Opportunity Investments, LLC, dated April 30, 1998, and recorded in the real estate records in the Office of the Clerk and Recorder of Jefferson County, Colorado on April 4, 1998, at Reception Number F060431;

That defendants Peak National Bank; D.R.A.C.K., Inc. d/b/a Five Star Glass & Mirror, Inc.; Earthtones Painting, Inc.; Quality Kitchen & Construction, Inc.; Wells Fargo Bank Northwest, N.A.; The Executive Director of the Department of Revenue of the State of Colorado; DJ Snowplowing & Maintenance, Inc.; Stock Building Supply, Inc. d/b/a Carolina Builders Corp., d/b/a Denpak Building Products; and A. & A. Quality Appliance, Inc., d/b/a Appliance Factory Outlet have each disclaimed any and all interest in and to the Property;

That defendant the United States has voluntarily discharged its identified liens from the Property;

That the remaining named defendants, Unlimited Opportunity Investments, L.L.C.; Frank O. Starr III; William L. Parker; Compass Bank; Samuel R. Boyer; and all unknown persons who claim any interest in the subject matter of this action have not responded to the Complaint or entered an appearance in this action and, as such, have been determined to be in default;

That this is an action in rem affecting specific real property;

That the Court has jurisdiction over all parties to this action and of the subject matter thereof;

That the parties agree that the allegations of the Complaint are true;

That the parties agree that every claim made by the named defendants is unlawful and without right;

That no defendant herein has any right, title or interest in or to the Property or any part thereof;

THEREFORE, IT IS ADJUDGED AND DECREED that John Kevin Ferry and Lisa Kay Ferry, at the time of the commencement of this proceeding, were and are now the owners of the Property in fee simple absolute, as joint tenants, with right to possession of the Property; and

THAT fee simple title in and to the Property be and the same hereby is quieted in John Kevin Ferry and Lisa Kay Ferry, as joint tenants, and that each of the named defendants has no right, title or interest in or to the Property or any part thereof, and

that the named defendants are forever enjoined from asserting any claim, right, title or interest in or to the Property or any part thereof.  Notwithstanding the above, defendant the United States is not enjoined from asserting any claim, right, title or interest in or to the Property or any part thereof that arises and/or is assessed on or after the date this Order is entered.

DATED at Denver, Colorado, this  29  day of July, 2005.

BY THE COURT:

S/ Zita L. Weinshienk

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court